Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−13222−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Terry A Travers
   29 W. Greenway Walkway
   Trenton, NJ 08618

Social Security No.:
   xxx−xx−5330

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on July 7, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 31 − 30
Order Granting Application for Extension of Loss Mitigation (Related Doc # 30). Loss Mitigation Period Extended to: 9/1/17. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/7/2017. (bwj)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 7, 2017
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-13222-MBK
Terry A Travers                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1              Date Rcvd: Jul 07, 2017
                              Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2017.
lm           +Cenlar Mortgage,    PO Box 77404,    Ewing, NJ 08628-6404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2017 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Brian C. Nicholas    on behalf of Creditor   New Jersey Housing And Mortgage Finance Agency
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          Candyce Ilene Smith-Sklar    on behalf of Debtor Terry A Travers mail@njpalaw.com
          Denise E. Carlon    on behalf of Creditor   New Jersey Housing And Mortgage Finance Agency
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5