Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−13222−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Terry A Travers
   29 W. Greenway Walkway
   Trenton, NJ 08618

Social Security No.:
   xxx−xx−5330

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on March 14, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 45 − 44
Order Granting Application for Extension of Loss Mitigation (Related Doc # 44). Loss Mitigation Period Extended to: 6/1/18. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/13/2018. (kmf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 14, 2018
JAN: kmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Terry A Travers
     Debtor

Case No. 17-13222-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Mar 14, 2018
                        Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2018.
lm           +Cenlar Mortgage,    PO Box 77404,    Ewing, NJ 08628-6404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2018                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2018 at the address(es) listed below:
         Albert    Russo     docs@russotrustee.com
         Brian C. Nicholas     on behalf of Creditor     New Jersey Housing And Mortgage Finance Agency
          bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Candyce Ilene Smith-Sklar     on behalf of Debtor Terry A Travers mail@njpalaw.com
         Denise E. Carlon     on behalf of Creditor     New Jersey Housing And Mortgage Finance Agency
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Rebecca Ann Solarz     on behalf of Creditor     New Jersey Housing And Mortgage Finance Agency
          rsolarz@kmllawgroup.com
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                  TOTAL: 6