UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
Tel: 609 882-9800
Fax: 609 538-1399
Attorney for Debtor

Order Filed on March 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re: Terry Travers

Case No.: 17-13222
Chapter: 13
Judge: MBK

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

DATED: March 13, 2018

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____09/06/2017_____ :

Property:   29 W Greenway Walkway, Trenton, NJ 08618

Creditor:   Cenlar Mortgage

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by __Candyce I. Smith-Sklar, Esq.__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____06/01/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Terry A Travers  
      Debtor

Case No. 17-13222-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 14, 2018  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2018.  
db         Terry A Travers,    29 W. Greenway Walkway,    Trenton, NJ  08618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2018 at the address(es) listed below:  
        Albert   Russo   docs@russotrustee.com  
        Brian C. Nicholas   on behalf of Creditor   New Jersey Housing And Mortgage Finance Agency  
         bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Candyce Ilene Smith-Sklar   on behalf of Debtor Terry A Travers mail@njpalaw.com  
        Denise E. Carlon   on behalf of Creditor   New Jersey Housing And Mortgage Finance Agency  
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Rebecca Ann Solarz   on behalf of Creditor   New Jersey Housing And Mortgage Finance Agency  
         rsolarz@kmllawgroup.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                 TOTAL: 6