Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−13222−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Terry A Travers
   29 W. Greenway Walkway
   Trenton, NJ 08618

Social Security No.:
   xxx−xx−5330

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on May 15, 2017.

   On 5/30/18 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:          June 26, 2018
Time:          10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: June 1, 2018
JAN: amg

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Terry A Travers  
    Debtor

Case No. 17-13222-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 | Date Rcvd: Jun 01, 2018 |
| | Form ID: 185 | Total Noticed: 30 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2018.
```
db             Terry A Travers,    29 W. Greenway Walkway,     Trenton, NJ  08618
lm            +Cenlar Mortgage,    PO Box 77404,    Ewing, NJ 08628-6404
516654581     +AA Bail Bonds,    210 S. Broad Street Suite A,    Trenton, NJ 08608-2407
516654582    ++AARON S INC,    PO BOX 100039,    KENNESAW GA 30156-9239
              (address filed with court: Aarons Sales & Lease,    Attn: Bankruptcy,    309 E Paces Ferry Rd Ne,
              Atlanta, GA 30305)
516654586     +CENLAR/Central Loan Admin & Reporting,    425 Philips Blvd,    Ewing, NJ 08618-1430
516654584     +Capital One Bank, USA,    810 Bloomfield Ave.,,    Caldwell, NJ 07006-6700
516654585     +Cenlar FSB,    c/o KML Law Group, P.C.,    216 Haddon Avenue, Ste.#406,
              Collingswood, NJ 08108-2812
516906213     +Directv, LLC,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
              Oklahoma City, OK 73118-7901
516654589     +Equable Ascent Financial, LLC,    c/o Corporation Service Company,    830 Bear Tavern Rd,
              Trenton, NJ 08628-1020
516654588     +Equable Ascent and Financial, LLC,    830 Bear Tavern Rd,    Trenton, NJ 08628-1020
516654590     +Jefferson Capital Systems,    16 McLeland Road,    Saint Cloud, MN 56393-0001
516921217     +New Jersey Housing and Mortgage Finance Agency,    Cenlar FSB,    425 Phillips Blvd,
              Ewing, NJ 08618-1430
516725759     +Willow Green Townhouse Assoc., Inc.,    Michael Fedun, Esquire,    P.O. Box 134,
              Belle Mead, NJ 08502-0134
516654595     +Willow Green Townhouse Association,    P.O. Box 6622,    Lawrence Township, NJ 08648-0622
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 02 2018 00:26:42     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 02 2018 00:26:39     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516654583     +E-mail/Text: bankruptcy@sccompanies.com Jun 02 2018 00:28:04     Ashro,    1112 7th Ave,
              Monroe, WI 53566-1364
516746378     +E-mail/Text: bankruptcy@sccompanies.com Jun 02 2018 00:28:04     Ashro Lifestyle,
              c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516760224      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 02 2018 00:31:55
              Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516910078     +E-mail/Text: bankruptcy@cavps.com Jun 02 2018 00:27:08     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516913273     +E-mail/Text: bankruptcy@cavps.com Jun 02 2018 00:27:08     Cavalry SPV II, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516654587     +E-mail/Text: bankruptcynotices@dcicollect.com Jun 02 2018 00:27:28     Diversified Consultant,
              P O Box 551268,    Jacksonville, FL 32255-1268
516654591     +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 02 2018 00:37:33     LVNV Funding,
              Po Box 10497,    Greenville, SC 29603-0497
516912584      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 02 2018 00:31:58
              LVNV Funding, LLC its successors and assigns as,    assignee of Springleaf Financial,
              Services Of Indiana, Inc.,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
516811584      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 02 2018 00:37:47
              LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516912851      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 02 2018 00:37:46
              LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,
              Company,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516654593     +E-mail/Text: bankruptcydpt@mcmcg.com Jun 02 2018 00:26:37     Midland Funding, LLc,
              8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
516765460      E-mail/Text: bnc-quantum@quantum3group.com Jun 02 2018 00:26:32
              Quantum3 Group LLC as agent for,    Galaxy International Purchasing LLC,    PO Box 788,
              Kirkland, WA  98083-0788
516654594     +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2018 00:31:59     Syncb/Lord & Taylor,
              Po Box 965064,    Orlando, FL 32896-5064
516872333     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 02 2018 00:37:35     Verizon,
              by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 16
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516654592      Merce County Board of Social Services,    200 Woolverto Street
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 01, 2018
                              Form ID: 185             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2018 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Brian C. Nicholas    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
           bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Candyce Ilene Smith-Sklar    on behalf of Debtor Terry A Travers mail@njpalaw.com
          Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 6
```