Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−13222−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Terry A Travers
   29 W. Greenway Walkway
   Trenton, NJ 08618

Social Security No.:
   xxx−xx−5330

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 29, 2018.

On February 20, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:    March 26, 2019
Time:    10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 21, 2019
JAN: mrg

                                                          Jeanne Naughton
                                                          Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 17-13222-MBK
Terry A Travers                                                 Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Feb 21, 2019
                              Form ID: 185                Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2019.
db             Terry A Travers,    29 W. Greenway Walkway,    Trenton, NJ 08618
lm            +Cenlar Mortgage,    PO Box 77404,   Ewing, NJ 08628-6404
516654581     +AA Bail Bonds,    210 S. Broad Street Suite A,    Trenton, NJ 08608-2407
516654586     +CENLAR/Central Loan Admin & Reporting,    425 Philips Blvd,    Ewing, NJ 08618-1430
516654584     +Capital One Bank, USA,    810 Bloomfield Ave.,,    Caldwell, NJ 07006-6700
516654585     +Cenlar FSB,   c/o KML Law Group, P.C.,    216 Haddon Avenue, Ste.#406,
                Collingswood, NJ 08108-2812
516654589     +Equable Ascent Financial, LLC,    c/o Corporation Service Company,    830 Bear Tavern Rd,
                Trenton, NJ 08628-1020
516654588     +Equable Ascent and Financial, LLC,    830 Bear Tavern Rd,    Trenton, NJ 08628-1020
516654590     +Jefferson Capital Systems,    16 McLeland Road,    Saint Cloud, MN 56393-0001
516921217     +New Jersey Housing and Mortgage Finance Agency,    Cenlar FSB,    425 Phillips Blvd,
                Ewing, NJ 08618-1430
516725759     +Willow Green Townhouse Assoc., Inc.,    Michael Fedun, Esquire,    P.O. Box 134,
                Belle Mead, NJ 08502-0134
516654595     +Willow Green Townhouse Association,    P.O. Box 6622,    Lawrence Township, NJ 08648-0622

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2019 00:17:14     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2019 00:17:10      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516654583     +E-mail/Text: bankruptcy@sccompanies.com Feb 22 2019 00:18:23      Ashro,    1112 7th Ave,
                Monroe, WI 53566-1364
516746378     +E-mail/Text: bankruptcy@sccompanies.com Feb 22 2019 00:18:23      Ashro Lifestyle,
                c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516760224      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 22 2019 00:15:17
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516910078     +E-mail/Text: bankruptcy@cavps.com Feb 22 2019 00:17:34     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516913273     +E-mail/Text: bankruptcy@cavps.com Feb 22 2019 00:17:34     Cavalry SPV II, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516906213     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 22 2019 00:27:42      Directv, LLC,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516654587     +E-mail/Text: bankruptcynotices@dcicollect.com Feb 22 2019 00:17:49      Diversified Consultant,
                P O Box 551268,   Jacksonville, FL 32255-1268
516654591     +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 22 2019 00:28:07      LVNV Funding,
                Po Box 10497,   Greenville, SC 29603-0497
516912584      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 22 2019 00:27:39
                LVNV Funding, LLC its successors and assigns as,    assignee of Springleaf Financial,
                Services Of Indiana, Inc.,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
516811584      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 22 2019 00:27:16
                LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516912851      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 22 2019 00:27:16
                LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,
                Company,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516654593     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 22 2019 00:17:09     Midland Funding, LLc,
                8875 Aero Drive,    Suite 200,   San Diego, CA 92123-2255
516765460      E-mail/Text: bnc-quantum@quantum3group.com Feb 22 2019 00:17:05
                Quantum3 Group LLC as agent for,    Galaxy International Purchasing LLC,    PO Box 788,
                Kirkland, WA 98083-0788
516654594     +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2019 00:14:12      Syncb/Lord & Taylor,
                Po Box 965064,   Orlando, FL 32896-5064
516872333     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 22 2019 00:27:42      Verizon,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516654592      Merce County Board of Social Services,    200 Woolverto Street
516654582    ##+Aarons Sales & Lease,    Attn: Bankruptcy,    309 E Paces Ferry Rd Ne,    Atlanta, GA 30305-2367
                                                                                              TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 21, 2019
                              Form ID: 185             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2019 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Brian C. Nicholas    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
           bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Candyce Ilene Smith-Sklar    on behalf of Debtor Terry A Travers mail@njpalaw.com,
           r56958@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```